WILLIAM H. WEISMAN
WWEISMAN@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET
23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

June 24, 2014

**VIA US MAIL**

Hon. Thomas P. Griesa, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2014
```

Re:  **Chorny v. The Republic of Argentina**
     **Civil Case No. 04-CV-02118**

Dear Judge Griesa:

At the instruction of the Clerk's Office for the Southern District of New York, I submit this letter requesting that I be terminated as an attorney of record for Plaintiff in the above-referenced matter, and that my name accordingly be removed from the docket and that I no longer receive electronic notifications and/or other materials relating to the above-referenced matter. I am no longer affiliated with the law firm Proskauer Rose LLP, co-counsel for Plaintiff.

Thank you very much for your consideration and assistance in this regard.

Respectfully submitted,

*/s/ William H. Weisman*

William H. Weisman

WHW:mf

So ordered.

*/s/ Thomas P. Griesa*
6/30/2014

**MEMO ENDORSED**

/19938223v.1

CALIFORNIA ♦ OREGON ♦ WASHINGTON ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ TEXAS ♦ ILLINOIS ♦ MISSOURI ♦ NEW YORK ♦ NEW JERSEY
WASHINGTON D.C. ♦ PENNSYLVANIA ♦ MARYLAND ♦ VIRGINIA ♦ CONNECTICUT ♦ GEORGIA ♦ FLORIDA ♦ SOUTH DAKOTA ♦ NORTH CAROLINA